**WO**                                                                                          KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Francis A. Grandinetti, II, | ) | No. CV 08-865-PHX-MHM (BPV) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Clayton A. Frank, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff Francis A. Grandinetti, II, who is confined in the CCA-Saguaro Correctional Center in Eloy, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. On May 15, 2008, the Court dismissed the Complaint pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g) because more than three of the prior actions Plaintiff has filed in federal courts have been dismissed as frivolous, malicious, or as failing to state a claim.  See Grandinetti v. Iranon, CV 96-101-HC (E.D. Tex. Jan. 26, 1998); Grandinetti v. Iranon, CV 96-0118-TH (E.D. Tex. Jul. 20, 1998); Grandinetti v. Bobby Ross Group, Inc., CV 96-117-TH (E.D. Tex. Mar. 5, 1999); and Grandinetti v. Luna, CV 01-1090-PHX-MHM (SLV) (D. Ariz. Aug. 3, 2001).

On May 30, 2008, Plaintiff filed a Motion for Reconsideration (Doc. #5).  Motions for reconsideration should be granted only in rare circumstances.  Defenders of Wildlife v. Browner, 909 F. Supp. 1342, 1351 (D. Ariz. 1995).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or

1   the initial decision was manifestly unjust, or (3) if there is an intervening change in

2   controlling law." School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255,

3   1263 (9th Cir. 1993).  Such motions should not be used for the purpose of asking a court "'to

4   rethink what the court had already thought through — rightly or wrongly.'" Defenders of

5   Wildlife, 909 F. Supp. at 1351 (quoting Above the Belt, Inc. v. Mel Bohannon Roofing, Inc.,

6   99 F.R.D. 99, 101 (E.D.Va. 1983)).

7        In his Motion for Reconsideration, Plaintiff does not present new evidence,

8   demonstrate an intervening change in controlling law, or argue that the Court's dismissal

9   constitutes clear error.  Rather, Plaintiff makes several statements relating to venue, class

10  certification, and legal costs. Accordingly, the Court will deny the Motion for

11  Reconsideration.

12       **IT IS ORDERED** that May 30, 2008 Motion for Reconsideration (Doc. #6) is

13  **denied**.

14       DATED this 6th day of June, 2008.

15

16

17  _____

18  Mary H. Murguia
    United States District Judge

19

20

21

22

23

24

25

26

27

28